## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| NATIONAL VIATICAL, INC. and JAMES TORCHIA, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:11-cv-1358-RWS |
| v. | ) ) | |
| UNIVERSAL SETTLEMENTS INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) | |

### MOTION TO STRIKE DECLARATIONS OF RANDY BENNETT, CHRISTOPHER HALAS, AND TED BUCZEK AND PORTIONS OF UNIVERSAL SETTLEMENTS INTERNATIONAL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER

National Viatical, Inc. ("NVI") and James Torchia move the court to strike new evidence and arguments first raised by Universal Settlements International, Inc. ("USI") in a reply brief.  Submitting new evidence and raising new arguments after the non-moving party has responded is prohibited by Rule 6(c)(2) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1).  It is also prohibited by common sense and fundamental fairness.  NVI and Torchia responded to what they believed was USI's entire argument.  USI's bait-and-switch with untimely arguments and evidence rob NVI and Torchia of an adequate opportunity to

respond. Rather than considering the improper arguments and evidence, the Court should strike them.

WHEREFORE, NVI and Torchia request the Court grant their motion and strike the declarations of Randy Bennett, Christopher Halas, and Ted Buczek, as well as new arguments and evidence addressed in USI's reply brief.

Respectfully submitted, this 29th day of June, 2011.

/s/ Jason W. Graham
Jason W. Graham
Georgia Bar No. 304595
jason@grahamandpenman.com
T. Brandon Welch
Georgia Bar No. 152409
brandon@grahamandpenman.com
Attorneys for NVI and James Torchia

Graham & Penman, LLP
2989 Piedmont Road, NE
Suite 200
Atlanta, Georgia 30305-2700
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

Certification of Font and Point Selections Approved by the Court

I hereby certify pursuant to LR 7.1D that this brief has been prepared with one of the font and point selections approved by the Court in LR 5.1B (Times New Roman 14 pt.).

/s/ Jason W. Graham
Jason W. Graham
Georgia Bar No. 304595

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the other parties in the foregoing matter with a copy of the Motion to Strike via the Court's CM/ECF notification system to:

> Simon R. Malko, Esq.
> Morris, Manning & Martin, LLP
> Attorney for Universal Settlements International, Inc.

Respectfully submitted, this 29th day of June, 2011.

> /s/ Jason W. Graham
> Jason W. Graham
> Georgia Bar No. 304595
> jason@grahamandpenman.com
> T. Brandon Welch
> Georgia Bar No. 152409
> brandon@grahamandpenman.com
> Attorneys for NVI and James Torchia

Graham & Penman, LLP
2989 Piedmont Road, NE
Suite 200
Atlanta, Georgia 30305-2700
Telephone: (404) 842-9380
Facsimile:  (678) 904-3110