Remote Deposit

Page 1 of 1



Login: nhouston     User Name: Nancy Houston     Profile | Help | Logout

## Batch Status

### Item Details

**Graham Penman L - IOLTA**

|  |  |
|---|---|
| Batch | 13534358, IOLTA Jan 28 2011 2:09PM EST |
| Account | ███████, Graham and Penman LLP IOLTA |
| Scanned By | nhouston |
| Approved By | 22093super |
| Payment Status | Processed |
| Amount | 100,000.00 |

**Home**
**Capture**
**Approval**
**Transactions**
**Batch Status**
**Reports**
**Payment Export**

**Maintenance**
**Users**
**Documentation**



Return to search results     View Back of Check



Remote Deposit



Login: nhouston     User Name: Nancy Houston     Profile | Help | Logout

**Home**

**Capture**

**Approval**

**Transactions**

**Batch Status**

**Reports**

**Payment Export**

**Maintenance**

**Users**

**Documentation**



Back