## Account Detail: IOLTA ACCOUNT

The account information displayed is updated each morning after all transactions from the previous day have been processed.

Account Information Profile | Transaction Detail | Filter Transactions

### Account Information Profile

| | |
|---|---|
| Account Alias | IOLTA ACCOUNT |
| Amount Last Interest Payment | $■ |
| Amount of Credits Memo Posted | $0.00 |
| Amount of Debits Memo Posted | $0.00 |
| Amount on Hold | $0.00 |
| Available Balance | $■ |
| Current Balance | $■ |
| Current Interest Rate | 0.25% |
| Effective Date | 1/12/2012 |
| Interest Accrued no Paid | $■ |
| Interest Accrued on Account | $■ |
| Interest Paid Last Year | $■ |
| Interest Paid on Account | $0.00 |
| Last Statement Balance | $■ |
| Last Statement Drop Date | 12/31/2011 |
| Number Credits Since Statement | 1 |
| Number Debits Since Statement | 6 |
| Original Interest Rate | 0.250 |

### Transaction Detail
Display Running Balance

| Date ▼ | Transaction Type/ Description | Number | Amount Debits | Credits |
|---|---|---|---|---|
| 1/28/2011 | Deposit | 0 | | $150,000.00 |
| 1/28/2011 | ACH Debit<br>Internet banking transfer to checking 3000221 | | ■ | |
| 1/28/2011 | Check<br>Check number 0000000002166 | 2166 | ■ | |

### Filter Selection Criteria
Enter filter criteria to view other account detail.

| | | | | |
|---|---|---|---|---|
| Account | IOLTA ACCOUNT | | | |
| Date Range | From: 01/28/2011 | (mm/dd/yyyy) | To: | 01/28/2011 |
| Amount Range | From: | | To: | |

EXHIBIT B

https://server29.cey-ebanking.co■ ... 7/Site/account-detail-m.asp?AcctIn...  1/13/2012