**From:** Nancy Houston
**Sent:** Fri 1/28/2011 2:11 PM
**To:** Jason Graham; Eric Jensen; Merrimac Penman; Bob Penman
**Cc:** Nancy Houston
**Subject:** Deposit: Fri. Jan. 28, 2011

## Deposit: Fri. Jan. 28, 2011

## IOLTA ACCOUNT:

 *Other Client*  $ 50,000.00

NVI – USI                          $100,000.00

## **TOTAL DEPOSIT:**          **$150,000.00**

Nancy L. Houston
Administrative Assistant
Graham & Penman, LLP
2989 Piedmont Road, NE
Suite 200
Atlanta, Georgia  30305
Phone: (404) 842-9380
Direct: (678) 904-3116
Fax:(678) 904-3110
E-mail: nancy@grahamandpenman.com
Online: www.grahamandpenman.com



EXHIBIT C