**From:** Franzinger, Robert [mailto:RFranzinger@dykema.com]
**Sent:** Friday, January 28, 2011 10:51 AM
**To:** Jason Graham
**Subject:** RE: I have the $100K in my trust account.

Good

Robert J. Franzinger
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
Voice:  313-568-6690
Fax:    313-568-6701
e-mail: rfranzinger@dykema.com

---

**From:** Jason Graham [mailto:jason@grahamandpenman.com]
**Sent:** Friday, January 28, 2011 10:49 AM
**To:** Franzinger, Robert
**Subject:** I have the $100K in my trust account.

Jason W. Graham
Graham & Penman, LLP
2989 Piedmont Road, NE
Suite 200
Atlanta, Georgia 30305
Phone: (404) 842-9380
Direct: (404) 835-9970
Fax: (678) 904-3110
Email: jason@grahamandpenman.com
Online: www.grahamandpenman.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

\*\*\* Notice from Dykema Gossett PLLC: To comply with U.S. Treasury regulations, we advise you that any discussion of Federal tax issues in this communication was not intended or written to be used, and cannot be used, by any person (i) for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service, or (ii) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this


EXHIBIT D

information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. DYKEMA